UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID BAUGHMAN, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0416-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to comply with the court's April 15, 2020 order.

Plaintiff's request (ECF No. 10) is granted and plaintiff has 30 days from the date this order is served to return the notice advising the court whether he elects to proceed with the claims recognized by the April 15, 2020 order as potentially cognizable or whether he intends to file an amended complaint.

So ordered.

Dated: May 26, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE