1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY GOODS,                                No.  2:20-cv-0416-EFB P

12              Plaintiff,

13         v.                                       ORDER

14    DAVID BAUGHMAN, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On April 15, 2020, the court informed plaintiff that he could either proceed on

19    certain claims identified by the court as potentially cognizable or amend his complaint.  ECF No.

20    7.  On June 29, 2020, plaintiff notified the court that he intended to file an amended complaint.

21    ECF No. 12.  To date, no amended complaint has been filed.

22         Accordingly, it is ORDERED that:

23         1.  Plaintiff shall file an amended complaint within thirty days from the date of service of

24    this order.

25         2.  Failure to comply with any part of this this order may result in dismissal of this action.

26    DATED:  July 30, 2020.

27

28                                                  EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE