UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLSON, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00416-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 54 |

Plaintiff has filed a motion for extension of time to submit the documents necessary to effect service on defendant Illa. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 54, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to submit the service documents.

IT IS SO ORDERED.

Dated:　April 21, 2022　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE