UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>          Plaintiff,<br><br>    v.<br><br>CARLSON, *et al.*,<br><br>          Defendants. | Case No. 2:20-cv-00416-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND MOTION FOR AN EXTENSION OF TIME AND GRANTING DEFENDANTS' MOTIONS TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 57, 58, 60, & 64 |

      Plaintiff, a state prisoner proceeding without counsel, filed this action alleging that defendants Carlson, Illa, Lim, and Soltanian-Zadeh violated his Eighth Amendment rights by failing to treat a stab wound inflicted by another inmate. ECF No. 14. Defendants filed an answer, ECF No. 43, and plaintiff now moves to amend his complaint, ECF No. 58. Defendants do not oppose plaintiff's motion. Accordingly, plaintiff's motion to amend the complaint is granted and he must file an amended complaint within thirty days of entry of this order.

      Plaintiff is warned that his second amended complaint may only include claims that are related to those contained in his original complaint; unrelated claims against multiple defendants belong in separate suits. He is also reminded that the amended complaint will supersede the current complaint. *See Lacey v. Maricopa Cnty.*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en

banc).  Accordingly, plaintiff's amended complaint must be complete on its face without reference to the prior pleading.  *See* E.D. Cal. L.R. 220.

Additionally, plaintiff moved for an extension of time to complete discovery and defendants moved to modify the scheduling order.  ECF Nos. 57, 60, & 64.  Good causing appearing, those motions are granted.  The deadline for completing discovery is extended to October 21, 2022, and the deadline for filing dispositive motions is extended to January 19, 2023.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motion to amend complaint, ECF No. 58, is granted.

2.  Plaintiff shall file a second amended complaint within thirty days of the date of this order.

3.  Plaintiff's motion for an extension of time, ECF No. 60, and defendants' motions to modify the scheduling order, ECF Nos. 57 & 64, are granted.

4.  The deadline for completing discovery is extended to October 21, 2022.

5.  The deadline for filing dispositive motions is extended to January 19, 2023.

IT IS SO ORDERED.

Dated:    September 22, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2