1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY GOODS,                        No.  2:20-cv00416-DAD-JDP (PC)

12              Plaintiff,

13        v.                                ORDER REFERRING CASE TO ADR AND
                                            STAYING CASE FOR 120 DAYS
14   CARSON, *et al.*,[1]

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel.  At least one defendant has

18   answered the complaint.

19        The undersigned is referring all post-screening civil rights cases filed by pro se state

20   inmates to ADR (Alternative Dispute Resolution) in an effort to resolve such cases more

21   expeditiously and less expensively.  Defense counsel from the Office of the California Attorney

22   General has agreed to participate.  No defenses or objections shall be waived by their

23   participation.

24        As set forth in the screening order, plaintiff has stated a potentially cognizable civil rights

25   claim.  Thus, the court stays this action for a period of 120 days to allow the parties to investigate

26   plaintiff's claims, meet and confer, and then participate in a settlement conference.

27   _____

28        [1]  Defendant Carson was improperly sued as "Carlson."  Accordingly, the Clerk of the
     Court is directed to amend the case name to *Good v. Carson*, 2:20-cv-00416-DAD-JDP.

1

1   ////

2   ////

3          There is a presumption that all post-screening prisoner civil rights cases assigned to the

4   undersigned will proceed to settlement conference.[2]  However, if after investigating plaintiff's

5   claims and speaking with plaintiff, and after conferring with defense counsel's supervisor,

6   defense counsel in good faith finds that a settlement conference would be a waste of resources,

7   defense counsel may move to opt out of this pilot project.  A motion to opt out must be filed

8   within sixty days of the date of this order.

9          Once the settlement conference is scheduled, at least seven days prior to the conference,

10  the parties shall submit to the settlement judge a confidential settlement conference statement.

11  The parties' confidential settlement conference statements shall include the following: (a) names

12  and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short

13  procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts

14  made to investigate the allegations; and (e) a discussion of the efforts that have been made to

15  settle the case.  Defendant shall e-mail the settlement conference statement to the settlement

16  judge's e-mail box for proposed orders, available on the court's website.  Plaintiff shall place his

17  settlement conference statement in the U.S. mail addressed to the settlement conference judge,

18  United States District Court, 501 I Street, Sacramento, CA  95814.  Plaintiff shall mail his

19  settlement conference statement so that it is received by the court at least seven days before the

20  settlement conference.

21         In accordance with the above, IT IS HEREBY ORDERED that:

22         1.  This action is stayed for 120 days to allow the parties an opportunity to settle their

23  dispute before the discovery process begins.  Except as provided herein or by subsequent court

24  order, no other pleadings or other documents may be filed in this case during the stay of this

25  action.  The parties shall not engage in formal discovery, but the parties may elect to engage in

26  informal discovery.

27  _____

28         [2] If the case does not settle, the court will issue a discovery and scheduling order.

2.  Within sixty days from the date of this order, defendants shall file any motion to opt out of the Post-screening ADR Project.

3.  At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the settlement judge. Defendant shall e-mail the settlement conference statement to the settlement judge's proposed orders e-mail address.  Plaintiff shall place his settlement conference statement in the U.S. mail addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA 95814.  Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

4.  If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

5.  The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   __May 8, 2023__                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3