1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY GOODS,                              Case No.  2:20-cv-00416-DAD-JDP (PC)

12                      Plaintiff,

13            v.                                   ORDER

14    CARSON, *et al.*,

15                      Defendants.

16

17           Plaintiff has filed a motion for an extension of time to file objections to the April 24, 2023

18    findings and recommendations.[1]  ECF No. 87.  Good cause appearing, it is hereby ORDERED

19    that:

20           1.  Plaintiff's motion for an extension of time, ECF No. 87, is granted.

21           2.  Plaintiff is granted until May 24, 2023 to file objections to the April 24, 2023 findings

22    and recommendations.

23

24

25

26    _____

27           [1] On the same day plaintiff's motion appeared on the docket, I referred this case to the
      court's ADR program and stayed it for 120 days.  In light of the overlap, I will grant plaintiff's
      request for additional time to file objections, but apart from his objections and the resolution of
28    the April 24, 2023 findings and recommendations, this matter is stayed.

IT IS SO ORDERED.

Dated:   __May 9, 2023__                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

2