UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | Case No. 2:20-cv-00416-DAD-JDP (PC) |
| Plaintiff, | ORDER |
| v. | |
| CARSON, *et al.*, | |
| Defendants. | |

On April 24, 2023, I submitted findings and recommendations as to the second amended complaint. ECF No. 83. Therein, I found that plaintiff's Eighth Amendment claims against defendants Anderson, Hanson, and Carlson were viable to proceed. *Id.* at 4. Thereafter, plaintiff filed objections wherein he brought allegations against other named defendants in greater detail. ECF No. 91. In light of those objections, I will hold my findings and recommendations in abeyance for thirty days. Within that time, plaintiff may file another amended complaint that includes all of his claims, in all relevant detail, against all defendants. If he files another amended complaint, I will withdraw the pending findings and recommendations and screen the new complaint. If he declines to file an amended complaint within that time, I will submit the current recommendations to the district judge.

Accordingly, it is ORDERED that:

1. The findings and recommendations at ECF No. 83 are held in ABEYANCE for thirty days.

2. Plaintiff may file another amended complaint within thirty days of this order's

1

entry.

      3.    The Clerk of Court is directed to send plaintiff a complaint form.

IT IS SO ORDERED.

Dated:   June 1, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE