UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | Case No. 2:20-cv-00416-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| CARSON, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 95.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 95, is granted.

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   July 10, 2023            _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE