Case 2:20-cv-00416-DAD-JDP   Document 98   Filed 08/21/23   Page 1 of 1

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY GOODS,                            Case No.  2:20-cv-00416-DAD-JDP (PC)

12                 Plaintiff,

13          v.                                  ORDER

14    CARSON, *et al.*,

15                 Defendants.

16

17          Plaintiff has filed a second motion for an extension of time to file an amended complaint.

18    ECF No. 97.  Good cause appearing, it is hereby ORDERED that:

19          1.  Plaintiff's motion for an extension of time, ECF No. 97, is granted.

20          2.  Plaintiff is granted thirty days from the date of this order to file an amended complaint.

21

22    IT IS SO ORDERED.

23

Dated:    August 20, 2023          _____

24                                   JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28