UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | Case No. 2:20-cv-0416-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| CARSON, *et al.*, | |
| Defendants. | |

On April 26, 2024, the court ordered this action to proceed on plaintiff's Eighth Amendment deliberate indifference claims against defendants Carson, Anderson, Benito, Hanson, Illa, Lim, Soltanian, and Roberts. ECF No. 118. Defendants Carson, Anderson, Hanson, Lim, Soltanian, and Roberts have appeared and filed answers to plaintiff's third amended complaint. ECF Nos. 105, 106, 113, & 115. Defendant Benito has not been served. *See* ECF No. 110. Defendant Illa has been served but has not appeared yet. *See* ECF No. 119. Filed concurrently with this order is an order directing plaintiff to provide additional information to serve defendant Benito. Should plaintiff fail to provide sufficient information for service, defendant Benito may be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

1

The court previously issued a discovery and scheduling order in 2022, but due to numerous delays, the deadlines in that order have since passed. ECF No. 52. Instead of resetting those deadlines without input from the parties, the court directs the parties to file status reports within thirty days that outlines the parties' position on discovery and dispositive motion deadlines. The parties should also explain whether they would be amendable to attending a settlement conference, and if so, if they waive the undersigned's disqualification for acting as the settlement judge.

Should either party fail to comply with this order, I will recommend that this action either be dismissed, or defendants' default be entered.

Accordingly, it is hereby ORDERED that:

1. Within thirty days of this order, both parties shall file a status report in accordance with this order.

2. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and for failure to comply with court orders or a recommendation that defendants' default be entered.

IT IS SO ORDERED.

Dated:   November 13, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE