UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | Case No. 2:20-cv-0416-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| CARSON, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file a status report as directed by the court's November 13, 2024 order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 126, is granted; and

2. Plaintiff is granted twenty-one days from the date of this order in which to file a status report as contemplated by the November 13, 2024 order.

IT IS SO ORDERED.

Dated:    December 30, 2024                     _____
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE

1