UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | Case No. 2:20-cv-0416-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| CARSON, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed November 13, 2024, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form and copies of the complaint which are required to effect service on defendant Benito. On January 21, 2025, plaintiff submitted the USM-285 form and the copies of the operative complaint but failed to provide any additional information to identify defendant Benito.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a blank summons and one USM-285 form with an instruction sheet; and

2. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with a properly and completed

1

summons and USM-285 form required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this defendant be dismissed.

IT IS SO ORDERED.

Dated:   November 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| GREGORY GOODS, | Case No. 2:20-cv-0416-DAD-JDP (P) |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| CARSON, *et al.*, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_   copies of the _____
                               Complaint

DATED:

_____
Plaintiff

3