UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY GOODS,

    Plaintiff,

    v.

CARSON, *et al.*,

    Defendants.

Case No.  2:20-cv-0416-DAD-JDP (P)

ORDER

Defendant Jalal Soltanian-Zadeh has filed two ex-parte motions to extend the dispositive motions deadline.  ECF Nos. 136 & 140.  After considering the latter motion, I find that it shows good cause for the requested extension of forty-five days (from the current deadline of May 8, 2026).

Plaintiff's motion to reopen discovery, ECF No. 139, is denied.  He argues that defendant refused to answer some unspecified requests for admission.  *Id.* at 1.  My scheduling order informed the parties that any motions to compel were to be filed by February 6, 2026.  ECF No. 132 at 5.  He has not shown good cause for his failure to file his requests for admission and any necessary motion to compel within the deadline.

It is, therefore, ORDERED that:

1.    Plaintiff's motion to reopen discovery, ECF No. 139, is DENIED.

1

2.      Defendant Soltanian-Zadeh's motion to extend the dispositive motions deadline, ECF No. 140, is GRANTED and the deadline is extended to June 22, 2026.

3.      Defendant's earlier motion, ECF No. 136, is DENIED as moot.

IT IS SO ORDERED.

Dated:    June 22, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2