UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY GOODS,

Plaintiff,

v.

CARSON, *et al.*,

Defendants.

Case No. 2:20-cv-0416-DAD-JDP (P)

ORDER

Defendants' motion for summary judgment is pending. ECF No. 145. After I ordered plaintiff to show cause why this action should not be dismissed based on his failure to respond, ECF No. 149, he filed a motion for extension of time to oppose the motion, ECF No. 150. He has not indicated how long an extension he seeks. I will grant him thirty days from the date of this order's entry to file his opposition.

It is ORDERED that plaintiff's motion for extension of time, ECF No. 150, is GRANTED and his opposition is due thirty days from the date of this order's entry.

IT IS SO ORDERED.

Dated: July 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE